```
UNITED STATES DISTRICT COURT                (ECF)
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -:
WAVES AUDIO, LTD., WAVES, INC.,     :       09 Civ. 2285 (JCF)
                                    :
                Plaintiffs,         :          O R D E R
                                    :
     - against -                    :
                                    :
RECKLESS MUSIC, LLC, d/b/a Skyline  :
Recording Studio and John Does      :
1-5,                                :
                                    :
                Defendants.         :
- - - - - - - - - - - - - - - - - -:
```
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Plaintiff having moved for partial summary judgment on liability, it is hereby ORDERED that plaintiff's motion (Docket no. 70) is denied for the reasons set forth on the record on May 3, 2010.

SO ORDERED.

*James C. Francis IV*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         May 5, 2010

Copies mailed this date:

Guy Weiss, Esq.
Adorno & Yoss, LLP
1349 West Peachtree Street, NE
Suite 1500
Atlanta, GA 30309

Todd R. Harris, Esq.
Adorno & Yoss LLC
350 Fifth Avenue, Suite 5720
New York, New York 10018

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/10

1

Michelle Murtha, Esq.
James Murtha, Esq.
Murtha & Murtha, PLLC
26 Railroad Avenue, #351
Babylon, New York 11702

Michelle Murtha, Esq.
James Murtha, Esq.
Murtha & Murtha, PLLC
26 Railroad Avenue, #351
Babylon, New York 11702